IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| DOROTHY SEXTON, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HIRSCHBACH MOTOR LINES, INC., an | ) | **DEFENDANT'S NOTICE OF** |
| Iowa Corporation, | ) | **REMOVAL** |
| | ) | |
| Defendant. | ) | |

_____

Defendant Hirschbach Motor Lines, Inc. ("Hirschbach") removes this action to the

United States District Court for the Northern District of Iowa, Eastern Division. In support of its

removal, Hirschbach states:

1.      On March 24, 2020, Plaintiff Dorothy Sexton filed a Petition at Law in the Iowa

District Court for Dubuque County ("Iowa District Court") against Hirschbach, captioned

*Dorothy Sexton v. Hirschbach Motor Lines, Inc. an Iowa Corporation*, 01311 LACV110635. A

true and correct copy of the Petition is attached hereto as Exhibit A.

2.      Also on March 24, 2020, Plaintiff filed an Original Notice. A true and correct

copy of the Original Notice is attached hereto as Exhibit B.

3.      On April 1, 2020, Plaintiff filed an Acceptance of Service, duly executed by the

undersigned. A true and correct copy of the Acceptance of Service is attached hereto as Exhibit

C.

4.      Defendant has been served with no other process, pleadings, or orders.

1

5.     The Petition alleges violations of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.*, and a state law claim of discrimination in violation of the Iowa Civil Rights Act ("ICRA"), Iowa Code Ch. 216.

6.     The Court has original jurisdiction over the FMLA claim pursuant to federal question jurisdiction, 28 U.S.C. § 1331, and the action may be removed to this Court pursuant to 28 U.S.C. § 1441.

7.     The Court has supplemental jurisdiction over the ICRA claim pursuant to 28 U.S.C. § 1367.

8.     This Notice of Removal will be filed with the Iowa District Court for Dubuque County.

THEREFORE, Defendant Hirschbach Motor Lines, Inc. gives notice that the above entitled action is removed to this Court from the Iowa District Court for Dubuque County.

/s/ Frances M. Haas
Frances M. Haas
Ethan S. Olson
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
Telephone: (319) 286-7000
Facsimile: (319) 286-7050
Email: fmhaas@nyemaster.com
       eolson@nyemaster.com

**ATTORNEYS FOR DEFENDANT HIRSCHBACH MOTOR LINES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2020 I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants.

Emilie Roth Richardson
Roth Law Office, P.C.
1400 University Ave., Suite D
Dubuque, IA 52001
Telephone: (563) 557-1611
Facsimile: (563) 557-9775
Email: eroth@rothlawdbq.com

**ATTORNEY FOR PLAINTIFF**
**DOROTHY SEXTON**

/s/  Shannon Greenman

2