## IN THE IOWA DISTRICT COURT IN AND FOR DUBUQUE COUNTY

| | |
|---|---|
| DOROTHY SEXTON, | ) |
|     Plaintiff, | ) CASE NO. 01311 LACV __110635__ |
| v. | ) |
| HIRSCHBACH MOTOR LINES, INC., An Iowa Corporation | ) |
|     Defendant. | ) |

### PETITION AT LAW

**COMES NOW** Plaintiff Dorothy Sexton by and through attorney Emilie Roth Richardson of Roth Law Office, P.C., states as follows in support of this Petition at Law:

### COMMON ELEMENTS

1. The jurisdiction of this Court is invoked pursuant to the Iowa Civil Rights Act, Iowa Code § 216 and the Family Medical Leave Act, 29 U.S.C. § 2615.

2. The unlawful employment practices alleged below have been committed within Dubuque County, Iowa.

3. Plaintiff Dorothy Sexton is and was at all times hereto a resident of Dubuque, Dubuque County Iowa.

4. Defendant Hirschbach Motor Lines, Inc. is an Iowa Corporation.

5. Defendant owns and operates Hirschbach an over the road trucking company with its company headquarters located in Dubuque, Iowa.



EXHIBIT A

6. Plaintiff was employed by Defendant from on or about July 10, 2010 to July 20, 2019. Plaintiff's most recent position with Defendant was a senior driver orientation manager.

7. In the early spring of 2019, Plaintiff began experiencing extreme stress at work and as a result Plaintiff began to suffer anxiety and depression.

8. Plaintiff reached out to her supervisors and asked for assistance with her increased job duties and sought support to handle the stress, anxiety and depression she was feeling.

9. Plaintiff had meetings with supervisors at work and other Hirschbach employees and during these meetings Defendant addressed Plaintiff's deteriorating mental health status.

10. On or about July 19, 2019, Defendant suspended Plaintiff from work due to an alleged complaint from a driver.

11. Plaintiff was suspended from work and then requested to exercise her right to Family Medical Leave pursuant to the Family Medical Leave Act ("FMLA").

12. Defendant suspended Plaintiff and assured her that she did nothing wrong and she would be back at work after a week suspension.

13. Plaintiff had a very good work history and very good performance history while employed at Hirschbach.

14. Defendant then terminated Plaintiff's employment on or about July 30, 2019.

## COUNT I – DISABILITY DISCRIMINATION

15. Plaintiff hereby repleads paragraphs 1 through 14.

16. Defendant suspended Plaintiff and terminated Plaintiff's employment due to a perceived disability in violation of Iowa Code § 216.

17. Plaintiff's supervisors coached and counselled Plaintiff several times before her suspension and termination regarding stress and anxiety management.

18. On or about October 4, 2019 Plaintiff filed a complaint within 300 days from the date of the occurrence of the discriminatory act with the Iowa Civil Rights Commission on or about alleging discrimination on the basis of disability (perceived mental health disability).

19. Defendant Hirschbach Motor Lines, Inc. is an employer within the meaning of the Iowa Civil Rights Act, Iowa § 216.2(7).

20. On December 31, 2019, the Iowa Civil Rights Commission issued Plaintiff a right-to-sue letter (Exhibit A).

21. That as a proximate cause of the discriminatory actions by Defendant, suspension and termination of employment, Plaintiff has suffered lost wages, loss of benefits, loss of future earnings, emotional distress, mental anguish, humiliation, embarrassment, and loss of enjoyment of life all to Plaintiff's detriment.

22. The damages sustained by Plaintiff are in excess of the small claims jurisdiction amount and Defendant is liable to Plaintiff for said damages.

## COUNT II- FAMILY MEDICAL LEAVE RETALIATION

23. Plaintiff re-pleads paragraphs 1 through 22.

24. On or about July 22, 2019, Plaintiff requested FMLA documents from Defendant in order to address mental health symptoms she was suffering from.

25. On or about July 22, 2019, Plaintiff put Defendant on notice that she was exercising her right to use FMLA.

26. On or about July 22, 2019 Defendant provided notification to Plaintiff that she was eligible for FMLA leave.

27. On or about July 30, 2019, Defendant terminated Plaintiff's employment.

28. Defendant interfered with Plaintiff's substantive rights by denying the exercise of or the attempt to exercise her rights under FMLA.

29. Defendant retaliated against Plaintiff because she exercised or attempted to exercise her FMLA rights.

30. Defendant's actions were willful.

31. Defendant is an employer within the meaning of the Family Medical Leave Act.

32. Plaintiff has been damaged as a direct and proximate result of Defendant's acts and omission as aforesaid and has suffered economic loss, including but not limited to loss of earnings and loss of benefits; further Plaintiff has suffered mental anguish past, present and future as a direct result of Defendant's acts and omission as aforesaid.

**WHEREFORE** Plaintiff Dorothy Sexton respectfully prays that this Court enter judgment against the Defendant Hirschbach Motor Lines, Inc. and award her damages including liquidated damages, damages for lost wages, loss of benefits (medical, dental and otherwise), loss of future earnings, emotional distress damages, mental anguish, humiliation, compensatory relief, reasonable attorney fees, and court costs with interest, as provided by law and such other and further relief as the Court deems just and equitable.

## JURY DEMAND

Plaintiff Dorothy Sexton hereby demands a trial by jury.

DOROTHY SEXTON, Plaintiff;

By: *(signature)*

Emilie Roth Richardson, AT0006851
Roth Law Office, P.C.
1400 University Ave., Suite D
Dubuque, IA 52001
Phone: (563) 557-1611
Fax: (563) 557-9775
Email: eroth@rothlawdbq.com

ATTORNEY FOR PLAINTIFF

Administrative Release
(Letter of Right-To-Sue)

| To:<br><br>DOROTHY SEXTON<br>2324 LONG GROVE COURT<br>DUBUQUE, IA 52002 | ) | From:<br>)<br>)<br>) Iowa Civil Rights Commission<br>) Grimes State Office Building<br>) 400 E. 14th Street<br>) Des Moines, Iowa 50319 |
|---|---|---|
| Complaint CP# 10-19-74159     EEOC# 26A-2020-00034C | | |

This is your Administrative Release (Right-To-Sue) Letter issued pursuant to Iowa Code § 216.16 and 161 Iowa Administrative Code Section § 3.10. It is issued pursuant to your request.

The conditions precedent found in 161 Administrative Code § 3.10(2) have been met.

With this Right-To-Sue Letter, you have the right to commence an action in district court. That action must be commenced within ninety (90) days of the Right-To-Sue Letter issuance date, 12/31/2019. The Right-To-Sue Letter is not a finding by the ICRC on the merits of the charge. The ICRC will take no further action in this matter.

A copy of the Right-To-Sue Letter has been sent to the Respondent(s) as shown below. The Administrative Rules allow any party to a complaint to request a copy of the file when a Right-to-Sue has been issued. The Administrative Rules allow any party to a complaint to request a copy of the file when a Right-to-Sue has been issued. If you or your attorney would like to obtain a copy of the file, please submit your request in writing via regular mail, fax, or email to icrc@iowa.gov. The copy and processing fees are as follows:

- Photocopy of investigative files - .25¢ per page; copies of digital recordings $15.00 per electronic storage device (hard copy); actual cost of postage; search/supervisory fee $26.00 per hour
- Scanned copy of investigative files - $15.00 for first 150-page batch; $10.00 for each 150-page batch thereafter; copies of digital recordings $10.00 per electronic storage device (electronic copy); search/supervisory fee $26.00 per hour

If you opt for an electronic copy, you must provide an email address in order to receive the copy.

The Iowa Civil Rights Commission
Phone: (515) 281-4121
FAX: (515) 242-5840
Email: icrc@iowa.gov

cc: File
    EMILY ROTH RICHARDSON, Complainant's Attorney
    ETHAN S. OLSON & OR FRANCES M. HAAS, Respondent's Attorney
    HIRSCHBACH MOTOR LINES INC.

EXHIBIT A