## IN THE IOWA DISTRICT COURT IN AND FOR DUBUQUE COUNTY

| | |
|---|---|
| DOROTHY SEXTON, Plaintiff, v. HIRSCHBACH MOTOR LINES, INC., An Iowa Corporation Defendant. | CASE NO. 01311 LACV  110635 **ORIGINAL NOTICE** |

**TO: DEFENDANT HIRSCHBACH MOTOR LINES, INC.**

YOU ARE HEREBY NOTIFIED that a Petition at Law has been filed in the Office of the Clerk of this Court, naming you as the Defendant in this action. A copy of the Petition at Law and Jury Demand (and any document filed with it) is attached to this Original Notice. The Plaintiff's attorney is Emilie Roth Richardson, whose address is ROTH LAW OFFICE, P.C., 1400 University Ave., Suite D, Dubuque, Iowa 52001 (Telephone: 563-557-1611; Facsimile: 563-557-9775).

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Dubuque County, at the courthouse in Dubuque, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.



**EXHIBIT B**

# STATE OF IOWA JUDICIARY

*Case No.* LACV110635
*County* Dubuque

*Case Title* SEXTON V HIRSCHBACH MOTOR LINES

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 03/24/2020 04:10:20 PM



*District Clerk of* Dubuque          *County*

/s/ Kati Ernst